IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERNEST JAMES HARRIS | § | |
| VS. | § | CIVIL ACTION NO. 1:15cv476 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Ernest James Harris, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Petitioner filed a motion seeking a default judgment (doc. no. 10). The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The motion for default judgment is **DENIED**.

**So Ordered and Signed**
**Jan 18, 2017**

_____
Ron Clark, United States District Judge